# United States Court of Appeals
# for the Fifth Circuit

—————————

No. 22-10908
Summary Calendar

—————————

United States Court of Appeals
Fifth Circuit

**FILED**
June 7, 2023

Lyle W. Cayce
Clerk

Benny R. Odem, Jr.,

*Plaintiff—Appellant*,

*versus*

Frances M. Odom, *Unit Property Officer*; Kelly M. Brown, *Unit Property Officer*; Samantha K. Sullivan, *AD Review (Investigator 2)*,

*Defendants—Appellees*.

———————————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 1:20-CV-42

———————————————————————————

Before Wiener, Elrod, and Engelhardt, *Circuit Judges*.

Per Curiam:*

Benny Odem, Jr., an inmate incarcerated by the Texas Department of Criminal Justice, appeals the district court's dismissal with prejudice of his complaint for failure to state a claim, under Federal Rule of Civil Procedure 12(b)(6).

———————————————————

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-10908

In his complaint, Odem alleged that three Texas Department of Criminal Justice employees deprived him of due process, confiscated or destroyed several items of his personal property, and did not properly handle his grievance regarding the confiscation of his property. As the district court determined, Texas provides an adequate post-deprivation remedy for loss of property, so Odem's property deprivation claim, even when taken as true, fails to state a constitutional violation. *Murphy v. Collins*, 26 F.3d 541, 543-44 (5th Cir. 1994). Odem also had no federally protected interest in having his grievance resolved to his satisfaction. *Hill v. Walker*, 718 F. Appx. 243, 250 (5th Cir. 2018) (citing *Geiger v. Jowers*, 404 F.3d 371, 373-374 (5th Cir. 2005).

This court has carefully considered this appeal in light of the briefs and pertinent portions of the record. Having found no reversible error, we AFFIRM.